> Motion GRANTED.
>
> /s/ Judge Trauger

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v<br><br>CARLOS ESTRADA | CASE No. 3:15-cr-00070<br>Judge TRAUGER |

**MOTION FOR AUTHORIZATION OF FUNDS FOR INTERPRETER SERVICES**

I represent Carlos Estrada in this case. Mr. Estrada's maternal language is Spanish and he does not speak or understand English very well. Accordingly, I ask the court to authorize the payment of funds for interpreting and translation services in this case related to my representation of Mr. Estrada in an amount up to and including $2500.

Respectfully submitted,

/s/ Joseph F. Edwards

Joseph F. Edwards
Attorney & Counselor at Law
1957 Benson Road
Cookeville, TN  38506
615-692-1239
jedwardsjd@frontiernet.net

**Certificate of Service:**  I certify that a copy of this motion will be served upon counsel of record upon the filing of this document by the electronic case management system of this court today, November 21, 2016.

/s/ Joseph F. Edwards